Daniel Harold Barnes
Linda Marline Barnes
13601 Quiet Cove
McLoud, OK 74851-8430