## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **DANIEL HAROLD BARNES** ) | Case No.  15-10677-JDL |
| **LINDA MARLINE BARNES** ) | Chapter 13 |
| ) | |
| Debtors. ) | |

### AMENDED RESPONSE OF TRUSTEE OBJECTING TO
### REQUEST FOR COMPENSATION CONTAINED IN DEBTORS'
### OBJECTION TO THE MOTION TO LIFT THE STAY

COMES NOW John Hardeman, Chapter 13 Trustee, and files his Response objecting to the request for compensation contained in Debtors' Objection to the Motion to Lift the Stay. In support of his Objection, the Trustee would show the Court the following:

The Trustee has no objection to the requested attorney fee of $500 for representation of the debtors in connection with the motion seeking relief from the automatic stay. Counsel requests authorization to accept direct payment of the $500 fee from the debtors rather than accepting monthly payments made through the Trustee.  Direct payment of the fee is not be allowed under the Chapter 13 Guidelines of this Court.  The Guidelines allow the fee to be paid at the rate of $75 per month through the Chapter 13 plan.  Based on a telephone conversation with counsel for the debtors, to date, he has received no portion of the fee sought and is agreeable to such fee being paid through the plan pursuant to the Guidelines of the Court.

Wherefore, John Hardeman, Chapter 13 Trustee, objects to the compensation requested in Debtors' Objection to the Motion to Lift the Stay and respectfully requests that his objection be sustained.

Respectfully submitted,

s/Linda Ruschenberg
Linda Ruschenberg OBA# 12842
321 Dean A. McGee Avenue
P.O. Box 1948
Oklahoma City, OK  73101-1948
(405) 236-4843
(405) 236-1004 (fax)
13trustee@chp13okc.com
Attorney for Chapter 13 Trustee

### CERTIFICATE OF MAILING

This is to certify that on the 9th day of July, 2015, a true and correct copy of the foregoing document was mailed by first-class mail, postage pre-paid, to all parties listed on the attached address list.

s/Linda Ruschenberg